UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JERROD JOHNSON,

             Plaintiff,

v.

MICHELE WOOD, et al.,

             Defendants.

Case No. C18-440-TSZ

**ORDER OF DISMISSAL**

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, docket no. 14, and plaintiff's objections thereto, docket no. 15, does hereby **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) This matter is **DISMISSED** with prejudice;

(3) The Clerk of Court is directed to send copies of this Order to plaintiff.

DATED this 30th day of May, 2018.

                                               Thomas S. Zilly
                                               United States District Judge